NUMBER 13-01-829-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI

____________________________________________________________________

 

DIANA MIRELEZ SANCHEZ, Appellant,

 

v.

 

ELIZABETH IBARRA GONZALEZ,  Appellee.

____________________________________________________________________

 

On appeal from the County Court at Law
No. 1

of Hidalgo
 County, Texas.

____________________________________________________________________

 

O P I N I O N

 

Before Justices Dorsey, Hinojosa, and Yañez

Opinion
Per Curiam

 








Appellant, DIANA MIRELEZ SANCHEZ, perfected an appeal
from a judgment entered by the County Court at Law No. 1 of Hidalgo County, Texas, in cause number CL-36,456-A.  After the
record was filed, appellant filed a motion to dismiss the appeal.  In the motion, appellant states that she has
made a determination not to pursue this appeal. 
Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 11th day
of April, 2002.